# DARIUS WADIA
## ATTORNEY AT LAW
—————

**DARIUS WADIA, L.L.C.**                                    **TELEPHONE: (212) 233-1212**
**THE WOOLWORTH BUILDING**                          **FACSIMILE: (212) 571-9149**
**233 BROADWAY, SUITE 2208**                         **dwadia@wadialaw.com**
**NEW YORK, NEW YORK 10279**

September 16, 2014

VIA ECF
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> *Re:* *Cole v. Reynoso, et al.*
> Docket number 14 Civ. 5405 (LGS)

Your Honor:

I represent the plaintiff in the above-referenced matter.  I am writing to request that the initial conference in the case, which is currently scheduled for tomorrow, September 16, 2014 at 10:30 AM, be rescheduled.  I make this request insofar as none of the defendants have yet agreed to waive service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Additionally, the defendants, all New York City Police officers, are not yet, to my knowledge, represented by counsel.

I am currently following up on these matters and will continue to do so.  In the mean time, I would request that the initial conference be adjourned for approximately one month. I am available all day on October 15, 16 and 17, 2014.  I should note, however, that as this case alleges false arrest and malicious prosecution by employees of the NYPD in violation of 42 U.S.C. § 1983, it appears to fall within the Southern District's Plan for Certain § 1983 Cases Against the City of New York.

Thank you for your consideration to this matter.

Respectfully submitted,

/s/

Darius Wadia